

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01085-CV

Gregory **MENDOZA** III,
Appellant

v.

**INVERTERRA HOLDINGS LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV03761
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: May 15, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on March 15, 2024. Because neither the brief nor a motion for extension of time was filed by that date, on April 1, 2024, we issued an order directing appellant to file: (1) his brief; and (2) a written response explaining the failure to timely file the brief and why appellee was not significantly injured by the failure to timely file the brief. In our order, we explained that if appellant did not file the brief and written response by April 16, 2024, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not file the brief or otherwise respond to our order. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM